UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80155-Cr-Rosenberg/Hopkins

UNITED STATES OF AMERICA,

v.

YOVANI AURELIO BETANCOURT,

     Defendant.
_____/

REPORT & RECOMMENDATION

     Defendant, YOVANI AURELIO BETANCOURT, appeared before the Court on July 13, 2015, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), and access device fraud, in violation of 18 U.S.C. § 1029(a)(1). Following this conviction, he was sentenced to time served in prison and two years of supervised release.

     Defendant began his term of supervised release on March 10, 2015. He presently stands charged with one violation of his supervised release stemming from his submission of a urine sample on May 21, 2015 that tested positive for the presence of cocaine.

     Defendant freely, knowingly, and voluntarily admitted to the above violation and, through counsel, stated his wish to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find Defendant guilty of committing the single violation of supervised release as charged. The

Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 14th day of July, 2015.

*(signature)*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE